

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MIGUEL CASTILLO-MARTINEZ,<br>CATARINO CRUZ,<br>NOE LUNA-LOPEZ,<br>JOSE GASPAR-MONTERO,<br>SANTIAGO MORALES-MENDOZA,<br>MELQUIADES MONTERO-VARGAS, and<br>PEDRO MONTERO-MORALES,<br><br>        Material Witnesses.<br>_____/ | No. 3-07-70245 EMC<br><br>**ORDER ALLOWING MATERIAL WITNESSES TO MAKE TELEPHONE CALL TO MEXICO AND ALLOWING JOSE GASPAR-MONTERO TO BE SEEN BY PHYSICIAN** |

    It is hereby ordered that MIGUEL CASTILLO-MARTINEZ, CATARINO CRUZ, NOE LUNA-LOPEZ, JOSE GASPAR-MONTERO, SANTIAGO MORALES-MENDOZA, MELQUIADES MONTERO-VARGAS, and PEDRO MONTERO-MORALES are hereby entitled to call their hometown in Mexico without charge in order to contact their families. These calls shall last as long as it is necessary to secure contact with their families, taking into account there may only be one phone for the entire village.

    It is also ordered that Mr. Gaspar-Montero shall be seen as soon as practicable by a physician to assess his possible diabetic condition and need for medication.

    IT IS SO ORDERED.

Dated: April 30, 2007

                                                                EDWARD M. CHEN<br>
                                                               United States Magistrate Judge