1  MARK GOLDROSEN, SBN 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, California 94103
3  Telephone: (415) 565-9600
   FAX: (415) 565-9601
4
   Attorney for Material Witness
5  MIGUEL CASTILLO-MARTINEZ

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO FACILITY
9

10
   UNITED STATES OF AMERICA,        )   No. CR 3-07-70245 EMC
11                                  )
            Plaintiff,               )   [PROPOSED] ORDER PERMITTING
12                                  )   WITNESS CASTILLO-MARTINEZ'S
       vs.                          )   MOTION FOR RULE 15 DEPOSITION TO
13                                  )   BE HEARD ON MAY 9, 2007, AT 2:30 P.M.
   MIGUEL CASTILLO-MARTINEZ.        )
14                                  )
                                    )
15          Material Witness.       )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18

19      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Witness Castillo-Martinez's

20  Motion for Rule 15 Deposition is to be heard on May 9, 2007, at 2:30 p.m.

21  DATED: May 9, 2007

22
                                        _____
                                        Honorable Edward M. Chen
23                                      United States Magistrate Judge

24

25

26

27

28