SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-07-70245 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RELEASING MATERIAL WITNESSES |
| v. | |
| MIGUEL CASTILLO-MARTINEZ, et al. | |
| Material Witnesses. | |

    On or about April 25, 2007, the following individuals were arrested as material witnesses (hereinafter "the Material Witnesses"):

- Miguel Castillo-Martinez
- Catarino Cruz
- Noe Luna-Lopez
- Santiago Morales-Mendoza
- Jose Gaspar-Montero
- Pedro Montero-Morales
- Melquiades Montero-Vargas

    All of the Material Witnesses were ordered detained until their depositions could be taken

1

in connection with *United States v. Ramirez-Vasquez and Madrigal-Diaz*, CR 3-07-70242.

As the case in which the Material Witnesses were expected to testify has now resolved without the need for their testimony, the government hereby requests that the Court issue an order releasing the Material Witnesses from U.S. Marshals Service /Bureau of Prisons custody as soon as possible. Once they are released from U.S. Marshals Service/Bureau of Prisons custody, the Material Witnesses will go into ICE custody for processing of their immigration detainers, and will ultimately be returned to Mexico.

Dated: May 11, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　DENISE MARIE BARTON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

### [~~PROPOSED~~] ORDER

The following individuals are hereby ordered RELEASED from the custody of the U.S. Marshals Service and/or the Bureau of Prisons:

- Miguel Castillo-Martinez
- Catarino Cruz
- Noe Luna-Lopez
- Santiago Morales-Mendoza
- Jose Gaspar-Montero
- Pedro Montero-Morales
- Melquiades Montero-Vargas

Dated: May _11_ 2007

THE HO
United St



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2